LEad
CHRistopher Torres # 8092

Vs

Alisha Tafoya Director of
Correctional Department/& Probation and Parole

Defendent

CV 24-564 JB/JFR

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 05 2024
MITCHELL R. ELFERS
CLERK

This Honorable Court has the Jurisdiction to Review this 1983 Under Fed Class (Fed. R. CIv. P 23(a)(B) Suit Due to Plaintiffs being United States citizens.

"Complaint"

Plaintiffs being housed in RDC Which is in los lunas new mexico. As Property of the State due to alleged Parole Violations, Plaintiffs having been victims of a believed breach of Montoya Act, through actions of Involuntary Servatude wich is modern day slavery. As Probation and Parole having Placed Retake orders without any Fully Revoked action but only allowing good time upon seeing the Parole Board in some cases up to 2 months.

Pg 1

Pg 2

Plaintiffs having being forced to leave to normal classification in a one man cell until fully classified, The State of New Mexico Parole Board, and Dept of Corrections having took it upon themselves to violate State law and Constitutional rights by forcing Plaintiffs to be transferred to "GCCF" which is a Level 3 Facility which has 2 men per cell, as a prior stabbing that occurred ~~current~~ several months before arrival.

Plaintiffs have been subject to 1, 2, 3, 4, 5, 6, level unclassified, placing Plaintiffs lives in Danger everyday and therefore imminent danger does exist through some Plaintiffs that are under 3 strike Rule. Plaintiffs does not have the ability to escape these negligent Conduct by Staff, the abuse of power and abuse of process as tortious use of legal process mangna negligentia exist. All Plaintiffs having mental health and physical impairments, the State of New Mexico Parole Board having violated Plaintiffs Rights by housing them with murders and Rapist, The Parole Board has placed the Plaintiffs to defend themselves in hand to hand altercations, and then legal actions such as this law suit.

P93.

# Relief Sought

That the State of New Mexico Parole Board Director be advised and addressed to correct their staff also that Injunctive Relief be granted in the sum of $1,700.00 per day be awarded to Plaintiffs for every day when on parole before this action and there on after this complaint. Also that the sum of $100,000 be awarded for each state law violated and 500,000 for every constitutional right violated.

# Declaration under Penalty and Perjury

The undersigned declares under penalty of perjury that he/she is the Plaintiffs in the above action that he/she has read the above complaint and the information contained in the complaint is true and correct 28 U.S.C.S 1746; 18 U.S.C.E 1621

X Christopher Torres  # 80929
X [signature] # 80929

Christopher Torres #80929
HI-D 207
1639 AuGua Negra RD
Po Drawer 520
SantaRosa NM 88435

United States District
Court of New Mexico
333 lomas Blvd NW
Suite 270
Albuquerque, NM 87102

ALBUQUERQUE NM 870
4 JUN 2024 PM 4

quadient
FIRST-CLASS MAIL
IMI
$000.64
06/03/2024 ZIP 88435
043M31228026
US POSTAGE

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 05 2024
MITCHELL R. ELFERS
CLERK